UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/25/18

UNITED STATES OF AMERICA

- against -

FUYI SUN,

               Defendant.

- - - - - - - - - - - - - - - - - -X

NOTICE OF INTENT TO
REQUEST JUDICIAL REMOVAL

Criminal Docket No. 16-CRM-404 (AKH)

NOTICE IS HEREBY GIVEN TO FUYI SUN ("the defendant") and to his attorney of record herein, Amy Gallicchio, Esq., that upon conviction of the defendant for violation of 50 U.S.C. §§ 1702 and 1705, the United States of America shall request that the Court issue a Judicial Order of Removal against the defendant pursuant to Section 238(c) of the Immigration and Nationality Act of 1952, as amended, 8 U.S.C. § 1228(c).

Dated:   New York, New York
           August 30, 2017

                                    JOON H. KIM
                                    Acting United States Attorney
                                    Southern District of New York

                              By: _____
                                    Patrick Egan
                                    Assistant United States Attorney

1